**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| TERESA C., ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | CIVIL NO. 3:19cv462 (MHL) |
| ) | |
| ANDREW M. SAUL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

# **FINAL ORDER**

This matter comes before the Court on the August 17, 2020 Report and Recommendation (the "R&R") issued by the Honorable Elizabeth W. Hanes, United States Magistrate Judge. (ECF No. 22.). The R&R recommends vacating and remanding this action because the Administrative Law Judge ("ALJ") erred at step four in the five–step sequential analysis when determining that Plaintiff could return to her past relevant work. (R&R 7–21, ECF No. 22.) The R&R further recommends finding that the ALJ erred at step five when concluding that Plaintiff possessed skills transferable to other occupations for jobs existing in the national economy. (*Id*.) The R&R states that the ALJ failed to clarify ambiguities in the record relating to step four and five of the sequential analysis. (*Id*.) Because the ALJ failed to apply the appropriate test or properly explain her conclusions, the R&R suggests that the Court cannot meaningfully review the ALJ's decision. (*Id*.) No objections to the R&R have been filed and the time to do so has expired.

Finding no error, the Court:

(1) ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 22);

(2) GRANTS Plaintiff's Motion for Summary Judgment, (ECF No. 14);

(3) DENIES Defendant's Motion for Summary Judgment, (ECF No. 16);

(4) VACATES and REMANDS the final decision of the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g); and,

(5) DIRECTS the Clerk to CLOSE this case.

Let the Clerk of the Court send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: September 1, 2020
Richmond, Virginia